

# COPY OF CERTIFICATE

# PAu 3-631-995

Registration Number

**PAu 3-631-995**

Effective date of registration:

November 4, 2011

## Title

**Title of Work:** Division III: Football's Finest

## Completion/ Publication

**Year of Completion:** 2011

## Author

- **Author:** D3 Productions, LLC
- **Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** D3 Productions, LLC
7813 Sunset Blvd, Los Angeles

## Rights and Permissions

**Organization Name:** Reder & Feig
**Name:** Noor Ahmed
**Email:** nahmed@rfllp.com          **Telephone:** 310-789-4770

## Certification

**Name:** Noor Ahmed
**Date:** October 31, 2011

**Registration #:** PAU003631995
**Service Request #:** 1-680101431

c/o Reder & Feig
Noor Ahmed
421 South Beverly Drive
8 floor
Beverly Hills, CA 90212